UNITED STATES DISTRICT COURT FOR ALASKA
AT ANCHORAGE

United States of America,
Ex. Rel. Barry Donnellan and Qui tam,

    Plaintiffs,

v.

Birch, Horton, Bittner, Inc.
    Defendant.

RECEIVED
MAY 03 2022
Clerk, U.S. District Court
Fairbanks, AK

# COMPLAINT

## Qui tam

RELATOR, **Barry Donnellan**, and Qui tam appearing pro se, on behalf of the United States of America, brings this action under 31 U.S.C. 3729-3732 (the federal false claims act or "FCA") to recover all damages, penalties and other remedies pursuant to the False Claims Act on behalf of the United States and themselves, and states:

I

JURISDICTION AND VENUE

1. Jurisdiction of this court arises under the FCA, 31 U.S.C. 3732 (a) and the federal question statute, 28 U.S.C. 1331. Jurisdiction also arises under 28 U.S.C. 1345 and 1355.

2. Venue is proper in this District pursuant to the FCA, 31 U.S.C. 3732 (a) which provides that "[a]ny action under section 3730 may be brought in any

1

judicial district in which the defendant or in the case of multiple defendants, any one defendant can be found, resides, transacts business, or in which any act prescribed by section 1329 occurred." The Defendant named herein transacted business within this District. Venue is also proper under 28 U.S.C. 1391.

## II
## PARTIES

3. Plaintiff **Barry Donnellan** ("Relator" or "**Donnellan**") is a natural person, a citizen of the United States, resident of Alaska.

4. Defendant **Birch, Horton, Bittner, Inc. is an Alaskan Professional Corporation** operating exclusively in Anchorage, Alaska.

## III
## PLAINTIFF RELATOR IS AN ORIGINAL SOURCE

5. **Donnellan** is the original source of, and has direct and independent knowledge of, nonpublic information upon which allegations herein are based. See 31 U.S.C. 3730 (e) (4) (B). See Fed. R. Civ P.9 (b); see also Ashcroft v. Iqbal, 556 U.S. 662 (2009); and Bell Atlantic Corp. v. Twombly, 425 F.3d 99 (2007).

2

## IV
## BACKGROUND

6. **Donnellan** recently learned that the **Birch, Horton, Bittner, Inc.** received PPP Loan money for an amount of **$1,416,283.00**. **See Exhibit A.**

## COUNT I
## RECEIVING PPP LOAN MONEY UNDER FALSE PRETENSES

7. All previous paragraphs are incorporated by reference herein.

8. Upon information and believe they were not closed during the required two months of April and May of 2020; in fact, they were not closed at all. **Donnellan** knows for a fact that **Birch, Horton, Bittner, Inc.** performed their duties as a **Lawyer/Legal Services Provider** at all times during 2020. **See Exhibit B and Exhibit C.**

## RELIEF

9. Plaintiffs United States of America and Relator **Donnellan** and Qui tam respectfully ask this Court to enter judgment against the Defendant and in favor of the Plaintiffs and Relator.

i. An award to the Plaintiffs United States of America of civil penalties to be determined at trial.

3

ii. An award to the Plaintiffs United States of America of three (3) times the damages the United States of America sustained because of the acts of the Defendant.
iii. An award to the Relator, **Donnellan** and Qui tam of 25% of the proceeds of this action or any settlement, if the Government of the United States elects to intervene and proceed, or 30% of the proceeds if the Government does not so elect.
iv. Costs and attorney's fees as allowed by law, including the costs and fees of Relator's attorneys and the cost of the United States.

## DEMAND FOR A JURY TRIAL

On behalf of Plaintiffs United States of America and herself, and Relator **Barry Donnellan** and Qui tam hereby demand a jury trial as to tall issues so triable.

## CERTIFICATE OF REVIEW BY RELATOR

This Complaint is being filed on **May 2, 2022**, in the United States District Court of Alaska. Before filing of this Complaint, the Relator reviewed all material allegations within it for their truth and veracity.

/s/ *Barry Donnellan*
Barry Donnellan
As Plaintiff-Relator
937 8th Ave.
Fairbanks, AK 99701
(907) 322-4960

4

## CERTIFICATE OF COMPLIANCE WITH 31 U.S.C. 3739

**THE UNDERSIGNED HEREBY CERTIFIES** that the foregoing Complaint shall be filed in camera with the District Court Clerk at Fairbanks, Alaska and shall remain under seal pursuant to 31 U.S.C. 3730 (b) (2). As soon as allowable, the Relator shall serve this Complaint upon all named Defendants through their counsel of record.

## CERTIFICATE OF FILING AND SERVICE

**I HEREBY CERTIFY** on this **2nd day of May, 2022**, a copy of the foregoing Complaint, was filed under seal. Pursuant to 31 U.S.C. 3730 (b) (2), no service shall be made upon the Defendants named herein until the seal is lifted by this Honorable Court. As soon as the seal is lifted, the undersigned shall serve the Defendants and their counsel with this Complaint.

/s/ *Barry Donnellan*
Barry Donnellan
As Plaintiff-Relator
937 8th Ave.
Fairbanks, AK 99701
(907) 322-4960

5